PEOPLE, PLAINTIFF AND APPELLEE, *v.* VÁZQUEZ, DEFENDANT
AND APPELLANT.

APPEAL from the District Court of San Juan in a Prosecution
for Violation of Section 438 of the Penal Code.

No. 1681.—Decided March 31, 1921.

ERRONEOUS JUDGMENT—STOLEN GOODS.—A judgment imposing a fine or alterna-
tive imprisonment for a violation of section 438 of the Penal Code, consisting
in having purchased for the sum of $23 goods which the defendant knew
were stolen, is erroneous because that offense is punishable only by imprison-
ment in the penitentiary or in jail; but it is not necessarily null and void
and may be corrected on appeal.

The facts are stated in the opinion.

The appellant did not appear.

*Mr. José E. Figueras, Fiscal,* for the appellee.

MR. JUSTICE ALDREY delivered the opinion of the court.

Appellant Ulises Vázquez did not appear at the hearing
in this court, either by brief or by counsel, to plead errors
in the judgment from which he has appealed. Nor is there
included in the transcript of the record any bill of exceptions
or statement of the case, but in examining the complaint and
the judgment we observe that he was sentenced to pay a
fine of one hundred dollars, or to one day's imprisonment
for each dollar not paid, on conviction of having purchased
a certain amount of coffee for the sum of twenty-three dol-
lars knowing that the coffee had been stolen, and that offense
is made punishable by section 438 of the Penal Code by im-
prisonment in the penitentiary when the value of the thing
stolen exceeds fifty dollars, or by imprisonment in jail when
the value is less; but not by a fine.

Although there is a diversity of opinion in the decisions
of the courts as to whether or not the fact that a sentence
is not authorized by law renders the judgment void, we agree
with those which hold that it is not void, inasmuch as there
being no reason to hold that the conviction was erroneous,
we should not reverse the judgment or order a new trial.
Nor should we remand the case to the lower court for it to im-

pose the proper penalty according to law, for section 346 of the Code of Criminal Procedure empowers this court to modify the judgment appealed from, which is what we should do in this case so that the penalty may be in accordance with the law; therefore, we shall sentence the defendant to three months in jail.

The judgment appealed from should be modified as to the penalty and, as so modified,

*Affirmed.*

Chief Justice Hernández and Justices Wolf, del Toro and Hutchison concurred.